Filed Apr 03, 2019 9:51 AM
Deputy Clerk of Court
C-681526
23

JESSE PIERRE AND
WANDA PIERRE, INDIVIDUALS

    PLAINTIFFS,

VS.

THOR MOTOR COACH, INC.,
A FOREIGN BUSINESS
CORPORATION

    DEFENDANT.

19TH JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

DEPUTY CLERK: _____

FILED: _____

## PETITION

NOW COME Plaintiffs, Jesse Pierre and Wanda Pierre, by and through their attorney, Lemon Law Group Partners PLC, and submit the following as their Complaint against Defendant Thor Motor Coach, Inc.

1.

Plaintiffs Jesse Pierre and Wanda Pierre are individuals residing at 103 N. Terrabone Drive, Gray, Louisiana 70359.

2.

Defendant Thor Motor Coach, Inc. is a foreign business corporation licensed to and doing business throughout the State of Louisiana. Thor Motor Coach, Inc. (hereinafter "Defendant Manufacturer" or "Defendant Thor") may be served through its registered agent, CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

3.

The transactions and occurrences involved in this action took place in the State of Louisiana, Parish of East Baton Rouge.

4.

On or about April 28, 2018, Plaintiffs purchased a new 2018 Thor Ace, VIN: 1F64F5DYXJ0A08835 from an Authorized Dealership (hereinafter "Vehicle"). Please see Exhibit A: Purchase Agreement.

Certified True and
Correct Copy
CertID: 2019081400583

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/14/2019 12:55 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

5.

At the time of purchase, the Vehicle was accompanied with a Thor factory warranty which, in relevant part, provided for a three 1 (one) year/15,000 mile basic warranty and 2 (two) year/24,000 mile structure warranty (the "Warranty"). Please see Exhibit B: Pertinent Portion of Warranty. Full warranty is in Defendant's Possession.

6.

The Subject Vehicle is registered in the State of Louisiana and was purchased primarily for personal, family, and/or household purposes.

7.

Defendant Manufacturer's warranty covered any repairs or replacements needed during the warranty period and/or due to defects in factory materials or workmanship.

8.

In fact, when delivered, the Subject Vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods and repairs were attempted.

9.

Shortly after purchase, Plaintiffs noticed defects in the vehicle and returned the vehicle to Authorized Dealerships to repair the defects on at least three (3) occasions for defects to the Subject Vehicle including: rear slide topper end cap came off, closet door mirror fell out, left side of screen above couch rattling while driving, headboard crooked, floor coming up under table, blinds in bedroom will not stay up, wires under coach and slides hanging down, plastic cover around cup holders between driver and passenger seat do not stay in place, dashboard radio plate loose, auto level not working properly, panel does not indicate that jacks are up when they are raised, panel below bathroom sink came off, entry door difficult to open from inside, DVD player inoperable, awning malfunctioning and torn, slide rooms do not close completely, slide topper on main slide not located in proper position, jacks not going up or down, cap on slide topper on main slide loose, wires exposed in passenger side second to last compartment,

2



Certified True and
Correct Copy
CertID: 2019061400583

*Dianne J. Massiny*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/14/2019 12:55 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RRC Rule 3.7(a)(3)

generator will not start, awning lights inoperable, and bottom of dashboard loose. Please see Exhibit C: Repair Orders.

10.

Subject Vehicle has been out-of-service for at least thirty (30) total days for the aforementioned repairs. Please see Exhibit C.

11.

Despite the prolonged time during which the Subject Vehicle has been out-of-service, Defendant Manufacturer has failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

12.

The defects experienced by Plaintiffs with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiffs, and have shaken the Plaintiffs' faith in the vehicle to operate as dependable transportation.

13.

Despite Plaintiffs' repeated efforts to allow Defendant Manufacturer the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

14.

The Vehicle still has issues including slide defects.

15.

Plaintiffs directly notified Defendant of the defective conditions of the vehicle on numerous occasions and that they desired a buy-back of the Subject Vehicle, wherein Defendant failed and refused to buy back Plaintiffs' defective Vehicle and to reimburse Plaintiffs pursuant to their rights under State and Federal Laws. Please see Exhibit D: Written Notification, and Exhibit E: Return Receipt.

3



Certified True and
Correct Copy
CertID: 2019081400583

Pierre J. Massing

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/14/2019 12:55 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

16.

This cause of action arises out of the Defendant Manufacturer's Breach of Warranty and violation of the Federal Magnuson-Moss Warranty Act as set forth in this Complaint.

17.

Plaintiffs seek judgment against Defendant in whatever amount that Plaintiffs are entitled to, including equitable relief, consequential damages, along with the costs and expenses of this action.

18.

1There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

19.

Plaintiffs fully repeat and incorporate Paragraphs 1 through 18, as set forth above.

20.

Defendant Thor extended to Plaintiffs a 1 (one) year/15,000 mile basic warranty and 2 (two) year/24,000 mile structure warranty ("Warranty").

21.

Plaintiffs, seeking to repair the Subject Vehicle, attempted to exercise Plaintiffs' rights under the Warranty.

22.

Defendant Thor has failed to honor the terms of the Warranty.

23.

'Defendant Thor has failed or refused to repair the issues which include slide defects.

4



*Dianne J. Massey*

Certified True and
Correct Copy
CertID: 2019081400583

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/14/2019 12:55 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RRC Rule 3.2(b)(3)

24.

As a result of the actions set forth above, Defendant Thor has breached its warranty.

25.

As a result of Defendant Thor's breach of warranty, Plaintiffs have, and will continue to, suffer significant monetary and consequential damages.

26.

Plaintiffs fully repeat and incorporate Paragraphs 1 through 25, as set forth above.

27.

This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2301(d)(1)(A).

28.

Plaintiffs are "consumer"s as defined by 15 USC § 2301(3).

29.

Defendant Thor is a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

30.

The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

31.

15 USC § 2301(D)(1)(A), requires Defendant Thor, as a warrantor, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiffs, as defined in 15 USC § 2304(d).

32.

5



Certified True and
Correct Copy
CertID: 2019081400583

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/14/2019 12:55 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

The actions of Defendant Thor as hereinabove described, in failing to tender the Subject Vehicle to Plaintiffs free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiffs, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

33.

Despite repeated demands and despite the fact that the Plaintiffs have complied with all reasonable terms and conditions imposed upon them by Defendant Thor, Defendant Thor has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

34.

As a result of Defendant Thor's breach of factory warranty as set forth above, and Defendant Thor's failure to honor its obligations under its warranties, Plaintiffs have, and will continue to, suffer damages as enumerated above.

35.

Defendant Thor has had a reasonable opportunity to remedy the defects in the vehicle but have failed to do so, thereby entitling Plaintiffs to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

36.

Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiffs are entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray for judgment as follows:

(1)    For actual damages according to proof at trial;

(2)    For a refund of the purchase price of Subject Vehicle;

(3)    For Defendant Thor to accept return of Subject Vehicle;

(4)    For attorney's fees and costs of suit incurred herein;

6


Certified True and
Correct Copy
CertID: 2019081400583

*Diana J. Massing*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/14/2019 12:55 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

(5)    For such other and further relief as the court deems just and proper under the circumstances;

(6)    That all issues be tried before a jury.

Dated: 28th day of March , 2019

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

By:    Nadine Gills, Esq. (30483)
1301 Enterprise Boulevard
Lake Charles, Louisiana 70601
337-513-4820
ngills@lemonlawgrouppartners.com
info@lemonlawgrouppartners.com

7


Certified True and
Correct Copy
CertID: 2019061400583

Dionne J. Manning

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/14/2019 12:55 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH    C-681526
Filed Apr 03, 2019 9:51 AM    23
Deputy Clerk of Court

# Exhibit A

# CAMPING WORLD RV SALES

4330 NE EVANGELINE THRWY            LAFAYETTE, LA 70507        337-443-4475

JESSE PIERRE / WANDA PIERRE

103 A TERREBONNE DR GRAY, LA 70359                    VERNON

MATT SMITH (LA)                    985-859-7478            04/28/2018

2018            TACO            2752                        1467243

MIF64F5DXX00A96835                4069                04/28/2018

| | | |
|---|---|---|
| | | 68991.00 |
| Trade in Allowance and/or Discount | | 10000.00 |
| Net Sales Price after Trade | | 58991.00 |
| Sales Tax | | 4399.05 |
| Public Officials & Fees | | 184.50 |
| Document/Admin Fee | | 99.00 |
| Waste Tire Fee | | 12.00 |
| Vehicle Service Contract | | 2895.00 |
| GAP | | 1695.00 |
| Tire & Wheel Protection | | 4095.00 |
| N/A | | 0.00 |
| N/A | | 0.00 |
| N/A | | 0.00 |
| N/A | | 0.00 |
| N/A | | 0.00 |
| Balance Owed on Trade In | | 84280.56 |
| Cash Down | | 2000.00 |
| Amount Financed | | 84280.56 |

FLEETWOOD            4ECFM53G45JA11431

CAMPING WORLD RV SALES
LAFAYETTE

2228178

LA-102 9/1/2017

## Retail Installment Contract and Security Agreement

Seller Name and Address: Camping World RV Sales - Lafayette
9030 NE Evangeline Thruway
Lafayette, LA 70507

Buyer Name (and Address): JESSE PIERRE
WANDA PIERRE
103 N TERRABONNE DR
GRAY, LA 70659

No.: 0762043/47292477
Date: 04/28/2018

☐ Buyer is concurrently entering into a lease agreement

### Truth-In-Lending Disclosure

| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| 16.48 | 59,844.24 | 92,280.56 | 152,124.80 | 154,224.20 |

### Description of Property

| Year | Make | Model | Body | Vehicle Identification Number | License Plate |
|---|---|---|---|---|---|
| 2018 | ACE | 27.2 | Class A | 1F6XF3DX0JDA0835 | 2083 |

### Description of Trade-In

1996 FLEETWOOD MP 33 1FCHF53G4SHA10431

### Conditional Delivery

### Sales Agreement

92,280.56

5.49

©2017 The Reynolds and Reynolds Company

Customer Initial Here

## Itemization of Amount Financed

| | |
|---|---|
| Cash Price of Vehicle, incl. Accessories | 98,390.06 |
| Trade-in Allowance | 16,000.00 |
| Less Amount Owing (ACB or balance of) N/A | 0.00 |
| Net trade-in (neg if negative, enter $0 here and enter the trade-in value) | 10,000.00 |
| Cash Down | 2,000.00 |
| Rebate/Incentives | 0.00 |
| Deferred down payment | 0.00 |
| Total down payment (section) | |
| Down Payment (section) | 12,000.00 |
| Unpaid balance of Cash Price (A-D) | 86,390.06 |
| Finance charge, balance (see item E) | 0.00 |
| Sales/Use Tax/Incl. including Reg Fee | 194.50 |
| Electronic Title and Fee N/A, total | |
| N/A | 0.00 |
| Doc/License Title Fee | 32.00 |
| Taxes and penalties paid to Finance Company (section) | 0.00 |
| Service Contract paid for | |
| Assurance | 2,695.00 |
| GAP paid to Dealer/Guard | 1195.00 |
| Tire & Wheel Prot paid to Dealer/Guard | 1095.00 |
| Documentation Fee paid to Seller | 199.00 |
| N/A | 0.00 |
| N/A | 0.00 |
| N/A | 0.00 |
| N/A | 0.00 |
| N/A | 0.00 |
| N/A | 0.00 |
| Total Other Charges/Amts Paid (item J) | 5,890.50 |
| Prepaid Finance Charge | 0.00 |
| Amount Financed (net) | 92,280.56 |

## Documentation and Compliance Fee Notice

(This area is clearly left blank)

## Insurance Disclosures

X JESSE PIERRE                     08/25/1947
X WANDA PIERRE                     04/12/1958

Customer Initials Here

2228178

## Additional Protections

**Vehicle Service Contract**
Term: 60 months
Price: $2,095.00
Coverage: as per Vehicle Service Contract

**Gap Waiver or Gap Contract**
Term: 72 months
Price: $1,495.00
Coverage: as per GAP Contract

**Tire & Wheel Protection**
Term: 80 months
Price: $1,095.00
Coverage: N/A

By: JOSSE PIERRE          Date: 04/28/2018

By: WANDA PIERRE          Date: 04/28/2018

By: N/A

## Additional Terms of the Sales Agreement

2228178

## Notices

NOTICE ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

## Security Agreement

## Third Party Agreement

NOT APPLICABLE.

N/A
(Date)

BY: NOT APPLICABLE

[This space intentionally left blank.]

## Warranty Information

### BUYER'S WAIVER OF WARRANTIES - "AS-IS" SALE.

By signing below, you agree to the terms of this Contract. You also acknowledge receipt of a copy of this Contract and that it is filled in and it was correct before you signed it.

By: _____ JESSE PIERRE    04/28/2018    Date

By: _____ WANDA PIERRE    04/28/2018    Date

By: N/A    N/A    Date

By: _____ Camping World RV Sales - Lafayette    04/28/2018    Date

Buyer: _____

Buyer: _____

Co-Buyer: _____

## Acknowledgment for Electronic Signatures

## Signature Notices

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.

## Signatures

By: _____ JESSE PIERRE    04/28/2018    Date

By: _____ WANDA PIERRE    04/28/2018    Date

By: N/A    N/A    Date

Assignment. This Contract and Security Agreement is assigned to    BankOfAmerica    and
PO Box 2759
Jacksonville, FL 32203-2759
800-215-6195

By: _____ Camping World RV Sales - Lafayette    04/28/2018    Date

# Exhibit B

# Warranty

## WHAT THE PERIOD OF COVERAGE IS:

This Limited Warranty provided by Thor Motor Coach, Inc.® ("Warrantor") covers those components, assemblies and systems of your new motorhome not excluded under the section "What is Not Covered", when sold by an authorized dealer. The duration of the limited warranty ends twelve (12) months after you first take delivery of the motorhome from an authorized dealership or after the odometer reaches 15,000 miles, whichever occurs first. However, this Limited Warranty provided by Warrantor covers the steel or aluminum frame structure, only, of the sidewalls (excluding slide outs), roof, and rear and front walls for twenty-four (24) months from the original retail purchase date or the first 24,000 miles of use, whichever occurs first.

If the motorhome is not of the current or prior model year when you take delivery of the motorhome OR you register your new motorhome in a business name or use your motorhome for any rental, commercial or business purposes whatsoever, the duration of the limited warranty ends ninety (90) days after you first take delivery of the motorhome or after the odometer reaches 5,000 miles, whichever occurs first. The duration of the Limited Warranty covering the steel or aluminum frame structure, only, of the sidewalls (excluding slide outs), roof, and rear and front walls ends twelve (12) months after you first take delivery of the motorhome or after the odometer reaches 15,000 miles, whichever occurs first. A conclusive presumption that your motorhome has been used for commercial and/or business purposes arises if you have filed a federal or state tax form claiming any business tax benefit related to your ownership of the motorhome.

## LIMITATION AND DISCLAIMER OF IMPLIED WARRANTIES:

IMPLIED WARRANTIES, IF ANY, ARISING BY WAY OF STATE LAW, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO THE TERM OF THIS LIMITED WARRANTY AND ARE LIMITED IN SCOPE OF COVERAGE TO THOSE PORTIONS OF THE MOTORHOME COVERED BY THIS LIMITED WARRANTY. WARRANTOR DISCLAIMS ALL IMPLIED AND EXPRESS WARRANTIES, INCLUDING THE IMPLIED WARRANTY OF MERCHANTABILITY AND THE IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, ON COMPONENTS AND APPLIANCES EXCLUDED FROM COVERAGE AS SET FORTH BELOW. There is no warranty of any nature made by Warrantor beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. The dealer is not the Warrantor's agent but is an independent entity. Warrantor is not responsible for any undertaking, representation or warranty made by any dealer or other person beyond those expressly set forth in this Limited Warranty. Some states do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

## WHAT THE WARRANTY COVERS:

Warrantor's Limited Warranty covers only defects in the workmanship performed and/or materials used to assemble those portions of your motorhome covered by the limited warranty. See also the section "What the Warranty Does Not Cover" set out below. "Defect" means the failure of the workmanship performed and/or materials used to conform to Warrantor's design and manufacturing specification and tolerances.

## WHAT WE WILL DO TO CORRECT PROBLEMS:

Warrantor's sole and exclusive obligation is to repair and/or replace, at its option, any covered defect if: (1) you notify Warrantor or one of its authorized servicing dealers of the defect, which is discovered within the warranty coverage period, within ten (10) days of discovering the defect; and (2) you deliver your Motorhome to Warrantor or Warrantor's authorized servicing dealer at your cost and expense. It is reasonable to expect some service items to occur during the warranty period. The performance of warranty repairs shall not extend the original warranty coverage period. Further, any performance of repairs after the warranty coverage period has expired or any performance of repairs to component parts and appliances that are excluded from coverage shall be considered "good will" repairs, which shall not alter the express terms of this limited warranty. If the repair or replacement remedy fails to successfully cure a defect after Warrantor received a reasonable opportunity to cure the defect(s), your sole and exclusive remedy shall be limited to Warrantor paying you the cost of having an independent third party perform repairs to the defect(s). Warrantor may use

9

# Exhibit C



PAGE 2

Work Order # 10760

| Job # | Lab Code | Description | LABOR | Hours |
|-------|----------|-------------|-------|-------|
| 1 | Z990 | MISC. LABOR | | 0.10 |
| 2 | Z990 | MISC. LABOR | | 0.10 |
| 3 | Z990 | MISC. LABOR | | 0.10 |
| 4 | Z990 | MISC. LABOR | | 0.10 |
| 5 | Z990 | MISC. LABOR | | 0.10 |
| 6 | Z990 | MISC. LABOR | | 0.10 |
| 7 | Z990 | MISC. LABOR | | 0.10 |
| 8 | Z990 | MISC. LABOR | | 0.10 |
| 10 | Z990 | MISC. LABOR | | 0.10 |

| Job # | Excode | Description | EXTRAS | Qty |
|-------|--------|-------------|--------|-----|
| 11 | SS2 | SHOP SUPPLIES | | 1 |

COMMENTS

01.18.19. CUSTOMER DOES NOT HAVE ANY TRIPS ARE ANYTHING PLANNED. LET CUSTOMER
KNOW COULD BE 4-5 DAYS BEFORE GETTING TRUCK INTO SHOP AND LOOKED AT. FP

Continued on page 3

| Description | Work Required | Type |
|---|---|---|
| /S: LINO IS LOOSE IN FRONT OF BOTH DRIVER AND PASSENGER SEATS | W | 0.00 |
| Job Status: N | | |
| /S: FACE PLATE FOR RADIO IS LOOSE | W | 0.00 |
| Job Status: N | | |
| /S: WOOD LOOKING PANEL BEHIND STEERING WHEEL IS LOOSE | W | 0.00 |
| Job Status: N | | |
| /S: AUTO LEVEL FOR JACKS NOT WORKING PROPERLY, COMPLETELY JACKS UP THE PASSENGER SIDE OFF OF THE GROUND WHILE THE DRIVER SIDE IS STILL COMPLETELY DOWN | W | 0.00 |
| Job Status: N | | |
| /S: WHEN THE JACKS PICKED UP THE CAMPER HEARD A CRACKING SOUND NOT SURE IF SOMETHING UNDERNEATH OR ON JACK BROKE OR NOT | N | 0.00 |
| Job Status: N | | |
| C/S: PLASTIC BASE UNDER PASSENGER SEAT COMING OFF | W | 0.00 |
| Job Status: N | | |
| C/S: PASSENGER SIDE FRONT HYDRAULIC HOSE LEAKING | W | 0.00 |
| Job Status: N | | |
| C/S: FRAME FOR ENTRY DOOR IS DAMAGED NEAR STRIKER PLATE FROM LAST REPAIR ON DOOR | E | 0.00 |
| Job Status: N | | |
| C/S: WHEN YOU SLIDE BEDROOM SLIDE OUT IT POPS AS IF SLIDE IS CATCHING ON SOMETHING | W | 0.00 |
| Job Status: N | | |
| C/S: BOTH SIDE OF BED PLATFORM ARE ROUGH AND LOOK AS IF THEY SHOULD HAVE SOME KIND OF COVERING OVER THEM | W | 0.00 |

```
                    CAMPING WORLD RV SALES - LAFAYETTE
                    3030 NE EVANGELINE THRUWAY
                         LAFAYETTE, LA
                              US
                         70507-3425
                        337-443-3175

                    SHOP WORK ORDER # 10149

        WO Date: 11 OCT 18              First Name: JESSE
           Tag#: 5364             Customer Name: 2825096 - PIERRE JESS
         Author: FALLON DENAIS         Address: 103 N TERRABONNE DR
       Stock No: 1160243                         GRAY, LA
           Year: 2018               Postal/Zip: 70659
   Manufacturer: THOR MOTOR COACH     Phone(res): 985-688-7468
          Brand: ACE                 Phone#(bus):
          Model: 27.2                  Cell Phone:
         Length:                     Exew Co: USB
       Serial #: AFR27200110058           P#/W No:
        Chassis: 1F66F5DY4J0A08635          Email:
       Miles/Hrs: 2726              Promised Date: 17 OCT 08
  Purchased Date: 28 APR 18         Completed Date:
   Warranty Date: 28 APR 18               Invoiced:
    InService Date:
```

| Job # | Description | Work Required | Type |
|---|---|---|---|
| 1 | C/S SLIDE TOPPER ON MAIN SLIDE IS NOT LOCATED IN PROPER POSITION. SHIFTED OVER TO THE RIGHT AND NOT HITTING STOPPERS. WHEN CLOSED ALL THE WAY.  Job Status: N | | W  0.00 |
| 2 | C/S JACKS NOT GOING UP OR DOWN.  Job Status: N | | W  0.00 |
| 3 | C/S CAB ON SLIDE TOPPER ON MAIN SLIDE TOWARDS FRONT OF UNIT IS LOOSE AND ABOUT TO FALL OFF.  Job Status: N | | W  0.00 |
| 4 | C/S WIRES EXPOSED IN PASSENGER SIDE 2ND TO LAST COMPARTMENT  Job Status: N | | W  0.00 |
| 5 | C/S GENERATOR WILL NOT START.  Job Status: N | | W  0.00 |
| 6 | C/S CANNOT GET DVD PLAYER TO PLAY  WOULD LIKE US TO LABEL HDMI CORDS.  Job Status: N | | W  0.00 |

| Job # | Lab Code | Description | LABOR | Hours |
|---|---|---|---|---|
| 1 | Z990 | MISC. LABOR | | 0.01 |
| 2 | Z990 | MISC. LABOR | | 0.01 |
| 3 | Z990 | MISC. LABOR | | 0.01 |
| 4 | Z990 | MISC. LABOR | | 0.01 |
| 5 | Z990 | MISC. LABOR | | 0.01 |

Continued on page 2

```
                    CWRV SALES - BILOXI
                    12020 SHRINERS BLVD
                        BILOXI MS
                            US,
                          39532
                      228-273-2780

                CUSTOMER WORK ORDER # 7448
```

|  |  |  |  |
|---|---|---|---|
| WO Date: | 29 APR 18 | First Name: | JESSE |
| Tag#: |  | Customer Name: | 2625096 - PIERRE, JESS |
| Author: | KAYLA KULP | Address: | 103 N TERRABONNE DR. |
| Stock No: |  |  | GRAY, LA |
| Year: | 2018 | Postal/Zip: | 70659 |
| Manufacturer: | THOR | Phone# (res): | 985-688-7478 |
| Brand: |  | Phone# (bus): |  |
| Model: | ACE | Cell Phone: |  |
| Length: |  | Ext# Co: | USP |
| Serial#: |  | Ext# No: |  |
| Chassis: | 1FCXXXXXXXJKXX6933 | Email: |  |
| Miles/Hrs: |  | Promised Date: | 29 APR 18 |
| Purchased Date: |  | Completed Date: |  |
| Warranty Date: |  | Invoice#: |  |
| Date In: | 29 APR 18 |  |  |

```
********************************************************
Job #   Description        JOB INFORMATION
1       COMPLAINT:   REAR SLIDE  SLIDE TOPPER END CAP CAME  OFF.
1       CAUSE:       SCREW CAME OUT CAUSING THE SLIDE TOPER  TO UNRAVEL
1       CORRECTION:  TWIST SLIDE TOPPER CAP UNTIL TENSION IS  PROPER PLACE BACK
                     IN PROPER BRACKET AND  RESECURE WITH LONG SCREW
```

|  |  |
|---|---|
| Parts Total: | 0.00 |
| Labour Total: | 0.00 |
| Sublet Total: | 0.00 |
| Extras Total: | 0.00 |
| Work Order Total: | 0.00 |

DATE VEHICLE DROPPED OFF _____

DATE OF APPOINTMENT _____

REPAIR COMPLETION DATE _____

OWNER NOTIFIED OF COMPLETION & TIME _____ DATE _____

DATE RELEASED/COLLECTED _____

I/WE, THE UNDERSIGNED, ACKNOWLEDGE THE FOREGOING AS FACTUAL AND I/WE
HEREBY ACKNOWLEDGE RECEIPT OF THE COMPLETED WORKORDER. I/WE HAVE
INSPECTED MY/OUR VEHICLE AND HAVE EXAMINED THE WORK DONE. I/WE CONFIRM
THAT THE REQUESTED WORK HAS BEEN COMPLETED TO MY/OUR SATISFACTION.

Continued on page 2

Work Order : 5414

SIGNATURE OF OWNER

CAMPING WORLD RV SALES - LAFAYETTE
3030 NE EVANGELINE THRUWAY
LAFAYETTE LA
US
70507-8425
337-233-4175

CUSTOMER WORK ORDER # 9436

| | | | |
|---|---|---|---|
| WO Date: 18 JUL 18 | | First Name: JESSE | |
| Tag#: 5064 | | Customer Name: 2825096 - PIERRE, JESS | |
| Author: FALLON DENAIS | | Address: 109 N TERRABONNE DR | |
| Stock No: 1467413 | | | GRAY, LA |
| Year: 2018 | | Postal/Zip: 70359 | |
| Manufacturer: THOR MOTOR COACH | | Phone: (Res) 985-688-7478 | |
| Brand: ACE | | Phone: (Bus) | |
| Model: 27.2 | | Cell Phone: | |
| Length: | | Ext'n Co: USP | |
| Serial#: A3E027E0041069 | | Ext'n No: | |
| Chassis#: 1F64F5DYXJ0A08835 | | Email: | |
| Mileage/Hrs: 2725 | | Promised Date: 18 JUL 18 | |
| Purchased Date: 28 APR 18 | | Completed Date: | |
| Warranty Date: 28 APR 18 | | Invoiced: | |
| Inservice Date: | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Job #    Description      JOB INFORMATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.   C/S: PLASTIC COVER AROUND CUP HOLDERS BETWEEN DRIVER AND PASSENGER SEAT DO NOT STAY IN PLACE
2.   C/S: DASH RADIO, PLATE AROUND IS LOOSE
3.   C/S: WHEN JACKS ARE RAISED ALL THE WAY PANEL DOES NOT SHOW THEY ARE ALL THE WAY UP
4.   C/S: AUTO LEVEL NOT WORKING PROPERLY
5.   C/S: MIRROR FOR CLOSET DOOR FELL OUT
6.   C/S: PANEL BELOW SINK IN BATHROOM CAME OFF
7.   C/S: ENTRY DOOR HARD TO OPEN FROM INSIDE
8.   C/S: DVD PLAYER NOT WORKING WITH TV
9.   C/S: AWNING MALFUNCTIONED AND TORE UP HAD TO GET ROAD SIDE TO REMOVE AWNING, AWNING IN COMPARTMENT
10.   C/S: WIRES HANGING UNDERNEATH AT REAR, DRIVER SIDE OF UNIT
11.   C/S: YOU CAN SEE DAYLIGHT WHEN SLIDE ROOMS ARE CLOSED

| | |
|---|---|
| Parts Total: | 0.00 |
| Labour Total: | 0.00 |
| Sublet Total: | 0.00 |
| Extras Total: | 0.00 |
| Work Order Total: | 0.00 |

DATE VEHICLE DROPPED OFF _____

DATE OF APPOINTMENT _____

REPAIR COMPLETION DATE _____

Continued on Page 2

PAGE 2

Work Order - 9496

OWNER NOTIFIED OF COMPLETION & TIME _____ DATE _____

DATE RELEASED/COLLECTED _____

I/WE, THE UNDERSIGNED, ACKNOWLEDGE THE FOREGOING AS FACTUAL, AND I/WE
HEREBY ACKNOWLEDGE RECEIPT OF THE COMPLETED WORKORDER. I/WE HAVE
INSPECTED MY/OUR VEHICLE AND HAVE EXAMINED THE WORK DONE. I/WE CONFIRM
THAT THE REQUESTED WORK HAS BEEN COMPLETED TO MY/OUR SATISFACTION.


SIGNATURE OF OWNER _____

```
                    CAMPING WORLD RV SALES - LAFAYETTE
                       3030 NE EVANGELINE THRUWAY
                            LAFAYETTE LA
                                 US
                             70507-3425
                            337-443-4175

                       CUSTOMER WORK ORDER # 5883
```

WO. Date:    15 MAY 18                      First Name:   JESS
Tag#:        5218                           Customer Name: 2825096 - PIERRE, JESS
Author:      FALLON, DENAIS                 Address:      103 N TERRABONNE DR
Stock No:    2457243                                      GRAY, LA
Year:        2018                           Postal/Zip:   70659
Manufacturer: THOR MOTOR COACH              Phone1 (res): 985-688-7478
Brand:       ACE                            Phone2 (bus):
Model:       27.2                           Cell Phone:
Length:                                     EXTW Co:      SS EXTW
Serial#:     AARU272004106B                 ExtW No:
Chassis#:    1F64F5DYX30A08835              Email:
Miles/Hrs:   2001                           Promised Date: 03 JUL 18
Purchased Date: 28 APR 18                   Completed Date: 28 JUN 18
Warranty Date: 28 APR 18                    Invoice#:
InService Date:

| Job. # | Description | JOB INFORMATION |
|---|---|---|
| 1 | COMPLAINT: | C/S: CLOSET DOOR MIRROR FELL OUT. HIT CUSTOMER ON SHOULDER AND CRACKED**06.05.18 AUTH PA41951B(1) APPROVED .50HR |
| 1 | CAUSE: | FOUND MIRROR FOR CLOSET DOOR OUT OF THE DOOR AND BROKEN. NEED TO R/I CLOSET DOOR. INSTALL NEW MIRROR AND BACKER BOARD TO SECURE MIRROR. REQ. |
| 1 | CORRECTION: | REMOVED AND REPLACED MIRROR IN CLOSET DOOR. COMPLETE 27JUNE18 TW |
| 2 | COMPLAINT: | C/S: LEFT SIDE OF SCREEN ABOVE COUCH RATTLING WHEN GOING DOWN ROAD**06.05.18 AUTH PA419540(1) APPROVED .50HR |
| 2 | CAUSE: | FOUND LEFT SIDE OF SCREEN MISSING CLIPS TO LOCK SCREEN ONTO WINDOW. NEED TO REPLACE LOCKING CLIPS ON SCREEN. REQ. |
| 2 | CORRECTION: | REPLACED LOCKING CLIPS ON SCREEN. COMPLETE 27JUNE18 TW |
| 3 | COMPLAINT: | C/S: HEADBOARD IS CROOKED**06.05.18 AUTH PA419540(1) APPROVED .50HR |
| 3 | CAUSE: | FOUND HEADBOARD IS MOUNTED CROOKED. NEED TO R/I HEADBOARD AND INSTALL STRAIGHT. REQ. .5 |
| 3 | CORRECTION: | REMOVED AND REINSTALLED HEADBOARD. COMPLETE 27JUNE18 TW |
| 4 | COMPLAINT: | C/S: FLOOR COMING UP UNDER TABLE**06.05.18 AUTH PA419540(2)APPROVED 1.5HR |
| 4 | CAUSE: | FOUND FLOOR UNDER DINETTE TABLE COMING UP. NEED TO R/I TABLE AND BOTH BOOTHS. RESECURE FLOORING, INSTALL MOLDING TO HELP SECURE EDGES. AND PUTTY HOLES. REQ. 1 HOURS |
| 4 | CORRECTION: | PEELED BACK FLOOR AND REGLUED LINOLEUM. COMPLETE 27JUNE18 TW |
| 7 | COMPLAINT: | 2) BLINDS IN BEDROOM WILL NOT STAY UP**06.05.18 AUTH PA419540(3) APPROVED .60HR |
| 7 | CAUSE: | FOUND 2 WINDOW SHADES IN BEDROOM WILL NOT STAY UP. NEED TO |

Continued on page 2

PAGE 2

WORK ORDER : 8099

| 7. | | ADJUST STRINGS ON SHADES TO STAY UP. 3 PER SHADE, REQ. 6 |
| 7. | CORRECTION: | TIGHTENED STRINGS ON SHADES. COMPLETE 27JUNE18 TW |
| 8. | COMPLAINT: | WIRES UNDER THE COACH AND SLIDES ARE HAVING DOWN***NFF*** |
| 8. | CAUSE: | COULD NOT FIND ANY WIRES HANGING DOWN. NO PROBLEM FOUND AT THIS TIME |
| 8. | CORRECTION: | COMPLETE 28MAY18 KW |
| 9. | COMPLAINT: | C/S JACKS ARE DOWN BUT WHEN THEY GET OUT AND CHECK THEM THEY ARE UP***NFF*** |
| 9. | CAUSE: | TESTED JACKS. FOUND ALL JACKS TO BE WORKING CORRECTLY. NO ISSUE FOUND AT THIS TIME. |
| 9. | CORRECTION: | COMPLETE 28MAY18 KW |

| | |
|---|---|
| Parts Total: | 0.00 |
| Labour Total: | 0.00 |
| Sublet Total: | 0.00 |
| Extras Total: | 0.00 |
| Work Order Total: | 0.00 |

DATE VEHICLE DROPPED OFF _____

DATE OF APPOINTMENT _____

REPAIR COMPLETION DATE _____

OWNER NOTIFIED OF COMPLETION & TIME _____ DATE _____

DATE RELEASED/COLLECTED _____

I/WE, THE UNDERSIGNED, ACKNOWLEDGE THE FOREGOING AS FACTUAL, AND I/WE
HEREBY ACKNOWLEDGE RECEIPT OF THE COMPLETED WORKORDER. I/WE HAVE
INSPECTED MY/OUR VEHICLE AND HAVE EXAMINED THE WORK DONE. I/WE CONFIRM
THAT THE REQUESTED WORK HAS BEEN COMPLETED TO MY/OUR SATISFACTION.

SIGNATURE OF OWNER _____

LATE FEE OR STORAGE FEE $49.00/DAY FOR EVERYDAY THAT WE ARE
WAITING FOR CUSTOMER'S ACTION, WORK MAY BE PERFORMED BY
AFFILIATED SHOPS AS NEEDED

**MOBILE REPAIR INC.**
**MOBILE MECHANIC FPF.**
3515 HILLCROFT, HOUSTON

| ODOMETER READING | FILL IN | READY BY |
|---|---|---|
| INITIAL ESTIMATE | | |
| PARTS | | |
| LABOR | | |
| TOTAL ESTIMATE | | |

NAME (PRINT) Mrs Wanda Pierre
ADDRESS 4215 Dwynbk #?
CITY AND ZIP CODE Manvel TX 77508
PHONE 

| REVISED ESTIMATE | |
|---|---|
| PARTS | |
| LABOR | |
| TOTAL | |

DESCRIPTION

removed awning

Labor 379

NOTICE PURSUANT TO
SECTION 70.001
TEXAS PROPERTY CODE

| | |
|---|---|
| DEPOSIT | 125 |
| BALANCE | 379 |
| MERCHANDISE TOTAL INCLUDING TAX | 50.1 |
| REPLACED PARTS REQUESTED BY CUSTOMER    YES    NO | APPROVED BY |

I hereby acknowledge by signing this repair order/contract, I agree to all
the terms, above and on the back of this agreement.

SIGNATURE:

IN PERSON    TELEPHONE



# Exhibit D

**LEMON LAW GROUP PARTNERS PLC**
Attorneys and Counselors at Law
2775 Sunny Isles Boulevard, Suite 150
North Miami Beach, Florida 33160

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

August 13, 2018

Thor Motor Coach, Inc.
701 CR 15
Elkhart, Indiana 46515

Re: Jesse Pierre
     Vehicle: 2018 Thor Ace
     VIN: 1F64F5DYXJOA08835

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Jesse Pierre relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client is reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

CC: Camping World of Lafayette, 3030 SE Evangeline Thruway, Lafayette, LA 70507

CaseMail ID: CM-0623-16624.01



WWW.CaseMail.US

Certificate of Service:
Declaration of Mailing

**CaseMail ID: CM-0623-17098.01**
**On Behalf of:**
Lemon Law Group Partners PLC
2775 Sunny Isles Boulevard Suite 150
North Miami Beach, FL 33160

On **September 6, 2018** a copy of the following documents were deposited for delivery by
the **United Stated Postal Service, via First Class Mail,** postage prepaid, with sufficient postage thereon to the
following recipients.

```
Thor Motor Coach, Inc.
701 CR 15
Elkhart
IN
46515
```

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have
served the above referenced document(s) on the mailing list attached hereto in the manner shown and
prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge,
information, and belief.

Dated: **September 6, 2018**

/ S / Joe L.Ruiz
VeTrlus, Corp. d/b/a CaseMail
**16192 COASTAL HWY**
Lewes, DE 19958

CaseMail ID: CM-0623-17098.01

## LEMON LAW GROUP PARTNERS PLC
Attorneys and Counselors at Law
3323 NE 163rd Street
Suite 504
North Miami Beach, FL 33160

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

September 5, 2018

*VIA US MAIL*

Thor Motor Coach, Inc.
701 CR 15
Elkhart, Indiana 46515

Re:    Jesse and Wanda Pierre
Vehicle: 2018 Thor Ace VIN: 1F64F5DYXJOA08835
Dear Sir/Madam:

As you know this law firm represents the legal interests of Jesse and Wanda
Pierre relating to the purchase of a 2018 Thor Ace VIN: 1F64F5DYXJOA08835 (the
"Vehicle"). On 8/20/2018 your office received our letter dated 08/13/2018 and failed to
respond.

Please let this letter serve as our final attempt to settle this matter prior to filing a
lawsuit and incurring unnecessary attorney fees and costs. As stated previously, the
defects with the vehicle continue to exist. Due to the serious defects with the Vehicle
since its purchase, Jesse and Wanda Pierre hereby demand a return of the full purchase
price along with all interest paid on the finance note as well as attorney fees and
incidental and consequential damages within 10 days of receipt of this letter to settle this
matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 7 days, Jesse
and Wanda Pierre have instructed me to file a lawsuit against you.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

CaseMail ID: CM-0623-17098.01

Exhibit E


WWW.CaseMail.US

**Certificate of Service**
**Declaration of Mailing**

**CaseMail ID: CM-0623-16624.01**
**On Behalf of:**
Lemon Law Group Partners PLC
2775 Sunny Isles Boulevard Suite 150
North Miami Beach, FL 33160

On **August 14, 2018** a copy of the following documents were deposited for delivery by
**the United Stated Postal Service, via Certified Mail ERR / w signature**, postage prepaid, with sufficient postage
thereon to the following recipients.

```
Thor Motor Coach, Inc.
701 CR 15
Elkhart
IN
46515
```

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have
served the above referenced document(s) on the mailing list attached hereto in the manner shown and
prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge,
information, and belief.

Dated: **August 14, 2018**

/ S / Joe L.Ruiz
VeTrius, Corp. d/b/a CaseMail
16192 COASTAL HWY
Lewes, DE 19958



**UNITED STATES**
**POSTAL SERVICE.**

Date Produced: 08/27/2018

USCERTIFIEDLETTERS:

The following is the delivery information for Certified Mail™/RRE item number 9314 8000 3860 0211 5056 26. Our records indicate that this item was delivered on 08/20/2018 at 08:16 a.m. in ELKHART, IN 46515. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     CM-0623-16624.01

CaseMail ID: CM-0623-16624.01





Signature of Receiving USPS Employee



USPS Round Stamp

CaseMail ID: CM-0623-16624.01

## ELECTRONIC TRACKING INFORMATION
### 9314 8000 3860 0211 5056 26

Pg. 2 of 2.

USPS Electronic Tracking and Delivery Confirmation Information

Your item has been marked as DELIVERED INDIVIDUAL PICKED UP AT USPS, on August 20, 2018 at 8:15AM in ELKHART, IN 46515.

Your item has been marked as AVAILABLE FOR PICKUP, on August 18, 2018 at 11:04AM in ELKHART, IN 46515.

Your item has been marked as OUT FOR DELIVERY on August 18, 2018 at 7:32AM in ELKHART, IN 46516.

Your item has been marked as SORTING/PROCESSING COMPLETE on August 18, 2018 at 7:32AM in ELKHART, IN 46516.

Your item has been marked as ARRIVAL AT UNIT on August 18, 2018 at 6:30AM in ELKHART, IN 46515.

Your item has been marked as PROCESSED THROUGH USPS FACILITY on August 18, 2018 at 1:19AM in SOUTH BEND, IN 46624.

Your item has been marked as PROCESSED THROUGH USPS FACILITY on August 17, 2018 at 10:58PM in SOUTH BEND, IN 46624.

Your item has been marked as PROCESSED THROUGH USPS FACILITY on August 17, 2018 at 12:44PM in FORT WAYNE, IN 46802.

Your item has been marked as PROCESSED THROUGH USPS FACILITY on August 15, 2018 at 6:57PM in BIRMINGHAM, AL 35203.

Your item has been marked as ORIGIN ACCEPTANCE on August 15, 2018 at 5:42PM in BIRMINGHAM, AL 35203.

Your item has been marked as PRE-SHIPMENT INFO SENT USPS AWAITS ITEM on August 14, 2018 at 9:29PM in BIRMINGHAM, AL 35203.

WAITING FOR USPS SCAN

20180814 00:00:00 MA MANIFEST ACCEPTED 35203 BMEU BIRMINGHAM

## LEMON LAW GROUP PARTNERS PLC
Attorneys and Counselors at Law
2775 Sunny Isles Boulevard, Suite 150
North Miami Beach, Florida 33160

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

August 13, 2018

Thor Motor Coach, Inc.
701 CR 15
Elkhart, Indiana 46515

Re: Jesse Pierre
    Vehicle: 2018 Thor Ace
    VIN: 1F64F5DYXJOA08835

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Jesse Pierre relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client is reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

CC: Camping World of Lafayette, 3030 SE Evangeline Thruway, Lafayette, LA 70507

CaseMail ID: CM-0623-16624.01